IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN HEMMES,

    Plaintiff,

v.

CLAY LINS and
SAUK COUNTY SHERIFF'S
DEPARTMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-668-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

/s/       9/18/2018

Peter Oppeneer, Clerk of Court      Date